IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. |
| | ) 04-00246-05-CR-W-DW |
| LOREN W. MAY, SR., | ) |
| Defendant. | ) |

## ORDER

On May 26, 2005, defense counsel made an oral motion seeking judicial determination of Defendant's mental competency. Defendant was examined by Jason V. Dana, a clinical psychologist. It is the opinion of Dr. Dana that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on September 12, 2005, Defendant and the government stipulated to the report of Dr. Dana.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety; this court finds that Defendant is competent to stand trial. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket commencing October 24, 2005. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between May 26, 2005, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

DEAN WHIPPLE
United States District Judge

Kansas City, Missouri
September 23, 2005